CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 16 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

Roanoke Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 7:14-cr-75-01 |
| ) | |
| KEVIN C. MOORE, ) | The Hon. Glen E. Conrad |
| ) | |
| Defendant. ) | |

**CRIMINAL INFORMATION**

Count One

(Bribery)

THE UNITED STATES OF AMERICA CHARGES THAT:

Beginning in or around June 2014 and continuing until in or around September 2014, in the Western District of Virginia, the defendant, KEVIN C. MOORE, a public official, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value, that is sexual favors from a cooperating witness, in return for being influenced in the performance of an official act, that is the making of a favorable sentencing recommendation to a federal prosecutor on behalf of the cooperating witness.

(In violation of Title 18, United States Code, Section 201(b)(2)(A).)

Respectfully submitted,

Jack Smith
Chief, Public Integrity Section

_____
Charles R. Walsh
Robert J. Heberle
Trial Attorneys
Public Integrity Section, Criminal Division
United States Department of Justice